IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE S BECKER,

    Plaintiff,

v.                                             CASE NO. 1:05-cv-00118-MP-AK

DALE K EHRHART INC,
JOHN A DAVIS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 225, Special Report regarding the status of mediation.  In the Special Report the Plaintiff indicates that the parties are still attempting to mediate this case and need more time.  Accordingly, the case shall remain abated and Plaintiff shall file a report regarding mediation by March 17, 2008.

    **DONE AND ORDERED** this *6th*  day of March, 2008

                                       *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge