IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ANNE S BECKER,

    Plaintiff,

v.                                        CASE NO. 1:05-cv-00118-MP-AK

DALE K EHRHART INC,
JOHN A DAVIS,
FALCON FINANCIAL MANAGEMENT INC,
FALCON FINANCIAL PLANNING INC,
MICHAEL T HARTLEY,
IFG ADVISORY SERVICES INC,
WILLIAM D KING,
MICHAEL TILLMAN PA,
MULTI-FINANCIAL SECURITIES CORPORATION,
MICHAEL G TILLMAN,
TILLMAN HARTLEY LLC,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 251, Special Report by Anne S Becker. The parties indicate that they are actively pursuing settlement and see additional time. The request is granted, and this case shall remain stayed until further order of the Court. The Plaintiff shall file a status report by June 19, 2008.

    **DONE AND ORDERED** this *27th* day of May, 2008

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge