IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE S BECKER,

    Plaintiff,

v.                                                         CASE NO. 1:05-cv-00118-MP-AK

JOHN A DAVIS,
et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 258, Status Report by Anne S Becker. In the Report the Plaintiff indicates that mediation is ongoing and requests additional time. The request is granted and the time for mediation extended until July 18, 2008.

**DONE AND ORDERED** this *1st* day of July, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge