IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE S BECKER,

    Plaintiff,

v.                                                    CASE NO. 1:05-cv-00118-MP-AK

DALE K EHRHART INC,
JOHN A DAVIS, et al.,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on Doc. 268, Special Report regarding the status of mediation. In the Special Report the Plaintiff indicates that the parties are still attempting to mediate this case and need more time. Additionally, the Plaintiff has filed a Notice of Voluntary Dismissal regarding Michael Tillman and Michael Tillman, P.A. Doc. 269.

    Accordingly, the case shall be dismissed with regards to these defendants, and with regard to the remaining defendants shall remain abated. The Plaintiff shall file a report regarding mediation by September 19, 2008.

    **DONE AND ORDERED** this _10th_ day of September, 2008

                                  *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge