IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE S BECKER,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00118-MP-AK

DALE K EHRHART INC,
JOHN A DAVIS, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 273, Special Report regarding the status of mediation. In the Special Report the Plaintiff indicates that the parties are still attempting to mediate this case and need more time. Accordingly, the case shall remain abated, and Plaintiff shall file a report regarding mediation by Monday, October 20, 2008.

Additionally, Plaintiff had previously filed (doc. 259) a notice of voluntary dismissal regarding defendants John A. Davis, Jr.; Falcon Financial Management, Inc.; Falcon Financial Planning, Inc.; and Multi-Financial Securities Corp., formerly known as IFG Network Securities, Inc., and IFG Advisory Services, Inc. These defendants are therefore dismissed with prejudice.

**DONE AND ORDERED** this  22nd   day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge