IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE S BECKER,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00118-MP-AK

DALE K EHRHART INC,
JOHN A DAVIS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 280, Special Report regarding the status of mediation. In the Special Report the Plaintiff indicates that the parties are still attempting to mediate this case and need more time. This case, with regard to the remaining defendants, shall remain abated. The Plaintiff shall file a report regarding mediation by December 22, 2008.

**DONE AND ORDERED** this _1st_ day of December, 2008

                                      *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge