IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNE S BECKER,

    Plaintiff,

v.                                                      CASE NO. 1:05-cv-00118-MP-AK

WILLIAM D KING,
et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 292, Stipulation of Dismissal Re: Defendant William D. King by Anne S Becker, and Doc. 293, Status Report.   Pursuant to the Stipulation and Report, it is hereby

**ORDERED AND ADJUDGED:**

The cause against William D. King is dismissed with prejudice, with each party to bear its own attorneys fees and costs.

The Plaintiff and the remaining defendant shall continue to attempt mediation, and the Plaintiff shall file a status report on or before March 23, 2009, informing the Court of the status of mediation.

**DONE AND ORDERED** this  *5th*   day of March, 2009

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge